FIL

JAN - 3 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Mag. Case Number: 08 MJ 0022 |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| Aurelio SANCHEZ, Defendant, | ) | Title 21, U.S.C., Sections 952 and 960 Importation of a Controlled Substance |

The undersigned complaint being duly sworn states:

On or about December 4, 2007, within the Southern District of California, Aurelio SANCHEZ did knowingly and intentionally import approximately 3.94 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Carol Bracamonte
CAROL BRACAMONTE, SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF January, 2007.

MAGISTRATE JUDGE

**STATEMENT OF FACTS**
**United States vs. Aurelio SANCHEZ**

On December 4, 2007 at approximately 5:30 a.m., Aurelio SANCHEZ made entry into the United States via the Otay Mesa, CA, Port of Entry from the Republic of Mexico as the driver of a 1996 Lexus S300 bearing California license plate 6BCM522. SANCHEZ encountered a U.S. Customs Border Protection (CBP) Officer in the primary inspection area. SANCHEZ presented his U.S. passport and stated that he was a U.S. citizen. SANCHEZ gave two negative Customs declarations. SANCHEZ stated that he owned the vehicle for ten days. CBP Officer requested the vehicle registration and observed SANCHEZ' hands trembling. CBPO Officer referred SANCHEZ to the secondary inspection area.

In the Secondary Inspection, Officers inspected the vehicle and observed packages under the vehicle's hood. One package was probed, which produced a green leafy substance that field tested positive for marijuana. A total of 3 packages were removed from the compartment, which had a net weight of 3.94 kilograms.

U.S. Immigration and Customs Enforcement (ICE) Special Agents read SANCHEZ his Miranda Rights. SANCHEZ stated he understood his rights and was willing to answer questions. SANCHEZ was interviewed and denied knowledge of the narcotics in the vehicle.

SANCHEZ was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA. The vehicle and marijuana were seized.

Dated: January 3, 2008

Carol Bracamonte
Carol Bracamonte
Special Agent
U.S. Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF January 2008

Ruben Brooks
RUBEN B. BROOKS
U.S. MAGISTRATE JUDGE