FILED
08 JAN 16 PM 3:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 0141 JM

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AURELIO LUNA-SANCHEZ, JR.,<br>Defendant. | Criminal Case No. ________<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about September 12, 2005, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ, JR. did knowingly and intentionally import approximately 29.25 kilograms (approximately 64.35 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

JJO:nlv:San Diego
1/14/08

Count 2

On or about September 12, 2005, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ, JR. did knowingly and intentionally possess, with intent to distribute, approximately 29.25 kilograms (approximately 64.35 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 3

On or about December 4, 2007, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ, JR. did knowingly and intentionally import approximately 3.94 kilograms (approximately 8.67 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 4

On or about December 4, 2007, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ, JR. did knowingly and intentionally possess, with intent to distribute, approximately 3.94 kilograms (approximately 8.67 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 16, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: JOSEPH J.M. ORABONA
Assistant U.S. Attorney