**Sylvia Baiz**
California State Bar No. 124367
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1410

Attorneys for Defendant Aurelio Sanchez-Luna

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HON. JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AURELIO LUNA-SANCHEZ,<br><br>Defendant. | ) Criminal No. 08CR0141-JM<br>)<br>) Date: February 29, 2008<br>) Time: 11:00 a.m<br>)<br>) NOTICE OF MOTION AND MOTION<br>) TO<br>) 1) COMPEL DISCOVERY<br>) 2) DISMISS INDICTMENT (STA)<br>) 3) DISMISS INDICTMENT (VINDICTIVE)<br>) 4) SUPPRESS STATEMENTS;<br>) 5) PRESERVE/RE-WEIGH EVIDENCE AND<br>) INSPECT/PHOTOGRAPH EVIDENCE<br>) SEIZED; AND,<br>) 6) LEAVE TO FILE FURTHER MOTIONS |

PLEASE TAKE NOTICE that on February 29, 2008 at 11:00 a.m, or as soon thereafter as counsel may be heard, the defendant, Aurelio Sanchez-Luna, by and through his counsel, Sylvia Baiz hereby moves this Court to dismiss the indictment.

**MOTION**

The defendant, Aurelio Sanchez-Luna, by and through his counsel, Sylvia Baiz, and pursuant to Fed. R. Crim. P. 12, the Fourth Amendment, the Sixth Amendment, the Fourteenth Amendment, 18 U.S.C. §3161 et. seq. and all other applicable rules and statutes, hereby moves this Court to:

(1) compel discovery;
(2) suppress statements;
(3) dismiss indictment due to violation of the Speedy Trial Act;
(4) dismiss indictment due to vindictive prosecution,
(5) preserve/re-weigh evidence and inspect/photograph evidence seized; and,
(6) leave to file further motions.

This motion is based upon the instant motion, the notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above-entitled cause, and any and all other information that may be brought to the Court's attention prior to or during the hearing on this motion.

Respectfully submitted,

Dated: February 15, 2008

/s/ Sylvia A. Baiz
SYLVIA BAIZ
Attorney for Defendant Sanchez