# Exhibit A

FAS

FILED

07 DEC -5 AM 10: 18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: '07 MJ 28 14 |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| Aurelio SANCHEZ, | ) | |
| Defendant, | ) | |
| ________________ | ) | |

The undersigned complaint being duly sworn states:

On or about December 4, 2007, within the Southern District of California, Aurelio SANCHEZ did knowingly and intentionally import approximately 3.94 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature]

CAROL BRACAMONTE, SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF December, 2007.

[signature]

MAGISTRATE JUDGE

# Exhibit B

U.S. Department of Homeland Security
CUSTOMS & BORDER PROTECTION

# EVIDENCE PROCESSING CHECKLIST

Seizure Number: 2007-2506-0012001 Date: 12/4/7

Seizure Processing Senior: BECERRA Badge #: [redacted]

Inspector who took photos: BECERRA Badge #: [redacted]
(if different from Seizure Processing Senior)

Location of Contraband
Vehicle: Lexus VIN: JT8BF12G4T0136559 Lic. Plate: 6BCM522

R/O: FRANCISCO Aguilar

| Location(s) in Vehicle | # of Packages |
|---|---|
| Engine Compartment | 2 |

Total number of packages: 2

Total time to remove contraband 10 minutes

Description of packaging material (Check ALL that apply)

- [x] Duct tape
- [ ] Cellophane wrap
- [x] Packaging tape
- [ ] Aluminum
- [ ] Vacuum seal bag
- [ ] Grease/Oil
- [ ] Laundry soap
- [ ] Baby powder
- [ ] Pepper
- [ ] Wax
- [ ] Other

Unusual marks/identifiers:

Total NET Weight of Load 2.32 Kilograms (before taking samples)

*GW*-Samples in bag: ______ kgs

Total Weight of Exhibits: — Kilograms

Line Item #2 (before placing in Evidence bag

*GW*-Bulk in ~~Box(es)~~ BAG: 2.36 kgs

Total Weight of Bulk 2.32 Kilograms

Line Item #1 (After taking samples)

****AMOUNT of Fuel remaining in gas tank: N/A (in gallons)**

**(To be recorded if Contraband was concealed in the vehicle's gas tank)**

Sample A (representative package) and B-K (core samples/if applicable) – Sample taken by:

Name: N/A Badge #:

Miscellaneous Location: Seizure number 20072506000 12001 Type of Drug: MAR

Subject: Aurelio Sanchez DOB: 12/11/74

Primary Insp: Renner Seizing Insp: BECERRA

Supervisor: FERNANDEZ CEO/K-9: Beyke R

20

# Exhibit C

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1411 |
| CONNECTION TEL | 82354716 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 12/27 13:07 |
| USAGE T | 00'15 |
| PGS. SENT | 1 |
| RESULT | OK |



# ACCEPTANCE OF DISPOSITION OFFER - 21 U.S.C. §§ 952/960

To: Joseph J.M. Orabona
Assistant United States Attorney
Fax Number: (619) 235-4716

From: Sylvia Baiz
Defense Counsel

Re: Acceptance of Early Disposition (Fast-Track) Program Offer in the case of United States v. Aurelio Sanchez, Magistrate Case No. 07MJ2814

1. My client accepts the Government's offer to plead guilty to an Information charging the importation of approximately 3.94 kilograms (8.67 pounds) of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960, as contained in your letter of December 18, 2007.

2. My client understands that this disposition is conditioned on the original plea agreement being signed by me and my client and returned to you not later than five business days before the disposition date, and the guilty plea(s) being entered **on or before February 4, 2008**.

Dated: 12/23/07

SYLVIA BAIZ
Defense Counsel

# Exhibit D

3 Cml

CLOSED

# U.S. District Court
# Southern District of California (San Diego)
# CRIMINAL DOCKET FOR CASE #: 3:07-mj-02814-RBB All Defendants

Case title: USA v. Sanchez

Date Filed: 12/05/2007
Date Terminated: 01/03/2008

---

Assigned to: Magistrate Judge Ruben B. Brooks

**Defendant**

**Aurelio Sanchez** (1)
*TERMINATED: 01/03/2008*

represented by **Sylvia A Baiz**
Law Offices of Sylvia A Baiz
964 Fifth Avenue
Suite 214
San Diego, CA 92101-6131
(619)544-1410
Fax: (619)544-1473
Email: sbaiz@sciti.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:952 and 960 - Importation of a Controlled Substance (Marijuana) | Government's Oral Motion to Dismiss Complaint without prejudice - Granted. |

---

**Plaintiff**

**USA** represented by **U S Attorney CR**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2007 | | Arrest of Aurelio Sanchez on 12/4/07. (cap) (Entered: 12/06/2007) |
| 12/05/2007 | 1 | COMPLAINT as to Aurelio Sanchez (1). (pdc) (jcj). (Entered: 12/05/2007) |
| 12/05/2007 | 2 | Minute Entry for proceedings held before Judge Ruben B. Brooks :Initial Appearance on complaint as to Aurelio Sanchez held on 12/5/2007. Attorney Sylvia A Baiz (N/A) appointed for Aurelio Sanchez. Bond set as to Aurelio Sanchez (1) $25,000 P/S secured by trustee. Preliminary Hearing set for 12/18/2007 09:00 AM in Courtroom B before Magistrate Judge Ruben B. Brooks. (Tape #RBB07-10:44-11:07).(Plaintiff Attorney Fred Sheppard, AUSA).(Defendant Attorney Robert Henssler, FD-SA). (cap) (Entered: 12/06/2007) |
| 12/05/2007 | 3 | ORDER Setting Conditions of Release Bond set for Aurelio Sanchez (1) $25,000 P/S. Signed by Judge Ruben B. Brooks on 12/5/2007. (pdc) (jcj). (Entered: 12/06/2007) |
| 12/05/2007 | 4 | CJA 23 Financial Affidavit by Aurelio Sanchez (pdc) (Entered: 12/06/2007) |
| 12/18/2007 | 5 | Minute Entry for proceedings held before Judge Ruben B. Brooks :Preliminary Hearing as to Aurelio Sanchez held on 12/18/2007 Preliminary Hearing cont to 1/2/2008 09:00 AM in Courtroom B before Magistrate Judge Ruben B. Brooks. (Tape #RBB07-1:918-922).(US Attorney Lauren Barefoot).(Defendant Attorney Sylvia Baiz). (vtl) (Entered: 12/20/2007) |
| 01/02/2008 | 6 | Minute Entry for proceedings held before Judge Ruben B. Brooks :Preliminary Hearing as to Aurelio Sanchez held on 1/2/2008 Preliminary Hearing cont to 1/3/2008 09:00 AM in Courtroom B before Magistrate Judge Ruben B. Brooks. (Tape #RBB07-1:1035-1037).(US Attorney Charlotte Kaiser).(Defendant Attorney Jason Ser S/A). (vtl) (Entered: 01/02/2008) |

| | | |
|---|---|---|
| 01/03/2008 | 7 | Minute Entry for proceedings held before Judge Ruben B. Brooks :Government's Oral Motion to Dismiss Complaint without prejudice - Granted, as to Aurelio Sanchez. Abstract issued to USM. (jcj) (Entered: 01/04/2008) |
| 01/03/2008 | 8 | Order Dismissing Case without prejudice, as to Aurelio Sanchez. Signed by Judge Ruben B. Brooks on 01/03/07. (jcj) (Entered: 01/04/2008) |
| 01/03/2008 | 9 | ABSTRACT OF ORDER releasing Aurelio Sanchez, as to this case only. Case dismissed without prejudice. Signed by Judge Ruben B. Brooks on 01/03/08. (jcj) (Entered: 01/04/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/13/2008 15:57:14 | | | |
| **PACER Login:** | sb0241 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-mj-02814-RBB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v. AURELIO SANCHEZ [1] 07MJ2814

[] []

The Honorable: RUBEN B. BROOKS

Atty SYLVIA A. BAIZ for [1] - CJA

Atty for [] -

Atty for [] -

GVT'S ORAL MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE - GRANTED.
ABSTRACT ISSUED TO USM.

Date: 1/3/08

END OF FORM

by VTL

# Exhibit E

FILED

08 JAN 16 PM 3:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 0141 JM

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. AURELIO LUNA-SANCHEZ, JR., Defendant. | Criminal Case No. ___________ <br> I N D I C T M E N T <br> Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about September 12, 2005, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ, JR. did knowingly and intentionally import approximately 29.25 kilograms (approximately 64.35 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

JJO:nlv:San Diego
1/14/08

Count 2

On or about September 12, 2005, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ, JR. did knowingly and intentionally possess, with intent to distribute, approximately 29.25 kilograms (approximately 64.35 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 3

On or about December 4, 2007, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ, JR. did knowingly and intentionally import approximately 3.94 kilograms (approximately 8.67 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 4

On or about December 4, 2007, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ, JR. did knowingly and intentionally possess, with intent to distribute, approximately 3.94 kilograms (approximately 8.67 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 16, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: JOSEPH J.M. ORABONA
Assistant U.S. Attorney

# Exhibit F

JAN - 3 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: 08 MJ 0022 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| Aurelio SANCHEZ, | ) | |
| Defendant, | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

On or about December 4, 2007, within the Southern District of California, Aurelio SANCHEZ did knowingly and intentionally import approximately 3.94 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

CAROL BRACAMONTE, SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30 DAY OF [illegible], 2007.

MAGISTRATE JUDGE

## STATEMENT OF FACTS
## United States vs. Aurelio SANCHEZ

On December 4, 2007 at approximately 5:30 a.m., Aurelio SANCHEZ made entry into the United States via the Otay Mesa, CA, Port of Entry from the Republic of Mexico as the driver of a 1996 Lexus S300 bearing California license plate 6BCM522. SANCHEZ encountered a U.S. Customs Border Protection (CBP) Officer in the primary inspection area. SANCHEZ presented his U.S. passport and stated that he was a U.S. citizen. SANCHEZ gave two negative Customs declarations. SANCHEZ stated that he owned the vehicle for ten days. CBP Officer requested the vehicle's registration and observed SANCHEZ' hands trembling. CBPO Officer referred SANCHEZ to the secondary inspection area.

In the Secondary Inspection, Officers inspected the vehicle and observed packages under the vehicle's hood. One package was probed, which produced a green leafy substance that field tested positive for marijuana. A total of 3 packages were removed from the compartment which had a net weight of 3.94 kilograms.

U.S. Immigration and Customs Enforcement (ICE) Special Agents read SANCHEZ his Miranda Rights. SANCHEZ stated he understood his rights and was willing to answer questions. SANCHEZ was interviewed and denied knowledge of the narcotics in the vehicle.

SANCHEZ was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA. The vehicle and marijuana were seized.

Dated: January 3, 2008

Carol Bracamonte
Special Agent
U.S. Immigration and Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF January 2008

RUBEN B. BROOKS
U.S. MAGISTRATE JUDGE

# Exhibit G

FILED

AUG 1 1 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. AURELIO LUNA-SANCHEZ, JR., Defendant. | ) | Criminal Case No. 05CR1661-JAH ORDER OF DISMISSAL OF INDICTMENT |

Application being made by plaintiff, UNITED STATES OF AMERICA, and good cause appearing therefor,

IT IS HEREBY ORDERED that Criminal Case No. 05CR1661-JAH against defendant AURELIO LUNA-SANCHEZ, JR., is hereby dismissed without prejudice.

DATED: 8-10-06.

HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT COURT



43