UNITED STATES DISTRICT COURT

**(HON. JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**AURELIO SANCHEZ-LUNA,**<br>Defendant. | Criminal No. 08CR0141-JM<br><br>PROOF OF SERVICE |

In, the undersigned, say:

1. In am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party to the within action;

2. My business address is 964 Fifth Ave., Suite 214, San Diego, California 92101;

3. In served the within NOTICE OF MOTION AND MOTION TO: (1) COMPEL DISCOVERY; (2) SUPPRESS STATEMENTS; (3) DISMISS INDICTMENT DUE TO VIOLATION OF THE SPEEDY TRIAL ACT; (4) DISMISS INDICTMENT DUE TO VINDICTIVE PROSECUTION, (5) PRESERVE/RE-WEIGH EVIDENCE AND INSPECT/PHOTOGRAPH EVIDENCE SEIZED; AND, (6) LEAVE TO FILE FURTHER MOTIONS; STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION opposing counsel and U S Attorneys Office Southern District of California, Email: Joseph.Orabona@usdoj.gov

4. In caused additional copies to be delivered to the court: efile_miller@casd.uscourts.gov

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 15, 2008 at San Diego, CA.

/S/ Sylvia A. Baiz
Sylvia Baiz