UNITED STATES DISTRICT COURT

(**HON. JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**AURELIO SANCHEZ-LUNA,**<br><br>Defendant. | Criminal No. 08CR0141-JM<br><br>PROOF OF SERVICE |

In, the undersigned, say:

1. In am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party to the within action;

2. My business address is 964 Fifth Ave., Suite 214, San Diego, California 92101;

3. In served the within SUPPLEMENTAL BRIEFING RE: SPEEDY TRIAL ACT on opposing counsel and U S Attorneys Office Southern District of California, Email: Joseph.Orabona@usdoj.gov

4. In caused additional copies to be delivered to the court: efile_miller@casd.uscourts.gov

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 3, 2008 at San Diego, CA.

/S/ Sylvia A. Baiz
Sylvia Baiz