UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. AURELIO LUNA-SANCHEZ, Defendant. | Criminal Case No. 08CR0141-JM<br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Motions and Motions <u>In</u> <u>Limine</u>** To (1) Exclude All Witnesses Except The Case Agent; (2) Admit Expert Testimony; (3) Admit Demeanor Evidence; (4) Admit 404(b) Evidence; (5) Admit 609 Evidence; (6) Limit Character Evidence; (7) Preclude Expert Testimony By Defense; (8) Preclude Evidence of Duress and Necessity; (9) Prohibit Reference to Defendant's Health, Finances, Education and Potential Punishment; (10) Prohibit Self-Serving Hearsay; and (11) Renewed Motion For Reciprocal Discovery; together with the separately captioned Statement of Facts and Memorandum of Points and Authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Sylvia Baiz
Law Office of Sylvia Baiz
964 Fifth Avenue, Suite 214
San Diego, California 92101
*Lead Attorney for Defendant*

A hardcopy will be delivered to chambers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney