KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AURELIO LUNA-SANCHEZ,<br>Defendant. | Criminal Case No. 08CR0141-JM<br><br>Date: May 9, 2008<br>Time: 1:30 p.m.<br><br>The Honorable Jeffrey T. Miller<br><br>**UNITED STATES' NOTICE OF MOTIONS AND MOTIONS IN LIMINE TO:**<br><br>**(1) EXCLUDE ALL WITNESSES EXCEPT THE CASE AGENT;**<br>**(2) ADMIT EXPERT TESTIMONY;**<br>**(3) ADMIT DEMEANOR EVIDENCE;**<br>**(4) ADMIT 404(b) EVIDENCE;**<br>**(5) ADMIT 609 EVIDENCE;**<br>**(6) LIMIT CHARACTER EVIDENCE;**<br>**(7) PRECLUDE EXPERT TESTIMONY BY DEFENSE;**<br>**(8) PRECLUDE EVIDENCE OF DURESS AND NECESSITY;**<br>**(9) PROHIBIT REFERENCE TO DEFENDANT'S HEALTH, FINANCES, EDUCATION, AND POTENTIAL PUNISHMENT;**<br>**(10) PROHIBIT SELF-SERVING HEARSAY; AND**<br>**(11) RENEWED MOTION FOR RECIPROCAL DISCOVERY** |

PLEASE TAKE NOTICE that on May 9, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, will move the Court to enter an order granting the following motions in limine.

## MOTIONS IN LIMINE

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, hereby moves this Court for an order granting the following motions in limine to:

1. Exclude All Witnesses Except Case Agent;
2. Admit Expert Testimony;
3. Admit Demeanor Evidence;
4. Admit 404(b) Evidence;
5. Admit 609 Evidence;
6. Limit Character Evidence;
7. Preclude Expert Testimony By Defense;
8. Preclude Evidence of Duress and Necessity;
9. Prohibit Reference to Defendant's Health, Finances, Education and Potential Punishment;
10. Prohibit Self-Serving Hearsay; And
11. Renewed Motion For Reciprocal Discovery

The motions in limine noted above are based on the files and records of this case, together with the a separately captioned statement of facts and memorandum of points and authorities.

DATED: April 25, 2008

Respectfully submitted,
KAREN P. HEWITT
United States Attorney

/s/ Joseph J.M. Orabona
JOSEPH J.M. ORABONA
Assistant United States Attorney