**SYLVIA BAIZ**
California State Bar No. 124367
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1410
Facsimile: (619) 544-1473

Attorney for Defendant **LUNA-SANCHEZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HON. JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**AURELIO LUNA-SANCHEZ,**<br><br>Defendant. | Criminal No. 08-CR-0141 JM<br><br>Date: May 9, 2008<br>Time: 9:00 a.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS IN LIMINE TO:**<br>**1) COMPEL FURTHER DISCOVERY.**<br>**2) MOTION TO SEVER THE TRIALS OF THE COUNTS IN INDICTMENT.**<br>**3) MOTION TO DISMISS INDICTMENT DUE TO GOVERNMENT'S DESTRUCTION OF NARCOTICS EVIDENCE.**<br>**4) MOTION TO SUPPRESS EVIDENCE.**<br>**5) THE PROPOSED EXPERT TESTIMONY.**<br>**6) EVIDENCE OF "NERVOUSNESS" LACKS PROBATIVE VALUE, IS OVERLY PREJUDICIAL AND LACKS PROPER FOUNDATION.**<br>**7) ALLEGED PRIOR BAD ACTS MAY NOT BE USED**<br>**8) PRIOR CONVICTION SHOULD NOT BE USED TO IMPEACH UNDER RULE 609.**<br>**9) THIS COURT SHOULD APPLY THE RULE OF COMPLETENESS.**<br>**10) AGENTS SHOULD NOT BE ALLOWED TO TESTIFY ABOUT THE TRUTHFULNESS OF DEFENDANT'S STATEMENTS AT THE TIME OF THE ARREST.**<br>**11) THIS COURT SHOULD EXCLUDE INADMISSIBLE HEARSAY OF WITNESSES.**<br>**12) ATTORNEY CONDUCTED VOIR DIRE.** |

TO: KAREN HEWITT, UNITED STATES ATTORNEY, and
JOSEPH ORABONA, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on May 9, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Aurelio Luna-Sanchez, by and through his counsel, Sylvia Baiz hereby moves this Court to the above-noted motions.

## MOTIONS

The defendant, Aurelio Luna-Sanchez, by and through his counsel, Sylvia Baiz, and pursuant to Fed. R. Crim. P. 12, the Fourth Amendment, the Sixth Amendment, the Fourteenth Amendment, and all other applicable rules and statutes, hereby moves this Court to:

1) compel further discovery, 2) motion to sever the trials of the counts in indictment, 3) motion to dismiss indictment due to overnment's destruction of Narcotics evidence, 4) motion to suppress evidence, 5) the proposed expert testimony, 6) evidence of "nervousness" lacks probative value, is overly prejudicial and lacks proper foundation, 7) all poverty evidence should be excluded, 8) alleged prior bad acts may not be used, 9) prior conviction should not be used to impeach under rule 609, 10) this court should apply the rule of completeness. 11)agents should not be allowed totestify about the truthfulnessof defendant's statements at the time of the arrest, 12) this court should exclude inadmissible hearsay of witnesses, and 13) allow attorney conducted voir dire.

These motions are based upon the instant motions, the notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-entitled cause, and any and all other information that may be brought to the Court's attention prior to or during the hearing on these motions.

Respectfully submitted,

Dated: April 30, 2008

/s/ Sylvia Baiz
**SYLVIA BAIZ**
Attorney for Defendant Aurelio Luna-Sanchez