# Exhibit A

ORIGINAL

FILED

05 OCT 31 AM 11:20

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**AURELIO LUNA-SANCHEZ, JR.,**<br>Defendant. | Case No. 05cr1661-JAH<br><br>ORDER TO:<br>1) PRESERVE EVIDENCE AS SPECIFIED;<br>2) ALLOW DEFENSE TO EXAMINE AND PHOTOGRAPH EVIDENCE AS SPECIFIED; AND<br>3) ALLOW DEFENSE TO EXAMINE AND WEIGH THE NARCOTICS EVIDENCE AS SPECIFIED. |

**IT IS HEREBY ORDERED** that the United States government and its agents 1) make available to the defense attorney and her agents, for examination and photographing the vehicle seized in the above-captioned case, along with evidence found within the vehicle or on Mr. Luna-Sanchez's person, including but not limited to, the drugs seized; and 2) make available to the defense attorney and her agents, for examination and weighing, the drugs seized in the above-referenced case.

//

//

//

//

12

The government and its agents are further ordered to preserve the narcotics, vehicle, evidence seized incident to Mr. Luna-Sanchez's arrest, and items seized from the vehicle, until JAH on December 2, 2005 or further order from this Court.

**SO ORDERED.**

Dated: 10-28-2005

**HONORABLE JOHN A. HOUSTON**
U.S. District Court Judge

# Exhibit B

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE
ORDER TO DESTROY AND RECORDS OF DESTRUCTION OF FORFEITED
ABANDONED OR UNCLAIMED MERCHANDISE
20.4, 20.5, 23.19, C.M., Circular ENF-7-IEI

2

## ORDER TO DESTROY

| SEIZURE OR G. O. NO., ETC. | QUANTITY AND DESCRIPTION OF MERCHANDISE |
|---|---|
| 2005250600368801<br>OI #<br>Agent<br>Paralegal KARNES<br><br>Aisle / Row / Shelf<br><br>25HH AISLE HH IN THE OTA GD | LN 001 · SLN 0000 · Prpty Dsc: BULK MARIJUANA · SW 33.40 · UOM KG · PKGS 3 · UOM BX<br><br>33.24 kg<br>3 Boxes<br>PT 8<br><br>Verified by Initials: [illegible] Date: 10/24/05 Initials: [illegible] Date: 10-24-05<br>Initials: [illegible] Date: 10/24/05<br>Items Remain Yes [ ] Nos [ ] |

METHOD OF DESTROYING

**Most Practical Means**

| SIGNATURE OF AUTHORIZING CUSTOMS OFFICER | DATE |
|---|---|
| [signature]<br>Fines Penalties & Forfeitures Officer | OCT 21 2005 |

## RECORD OF DESTRUCTION

| | |
|---|---|
| SIGNATURE OF CUSTOMS OFFICER [signature] | DATE 102405 |
| WITNESS TO DESTRUCTION [signature] | WITNESS TO DESTRUCTION [signature] |
| LOCATION SCRRF | METHOD OF DESTRUCTION BURN |

949-978 (PREVIOUS EDITIONS ARE OBSOLETE)

Customs Form 4613 (9-19-75)

# Exhibit C

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
PLAINTIFF, )
VS. )
AURELIO LUNA-SANCHEZ, )
DEFENDANT. )

COPY

CASE NO. 05CR1661-JAH

SAN DIEGO, CALIFORNIA

THURSDAY, FEBRUARY 16, 2006 10:55 A.M.

## REPORTER'S TRANSCRIPT OF MOTION HEARING

BEFORE THE HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT: CAROL C. LAM, U.S. ATTORNEY
BY: CARL ARNOLD, ESQ.
ASSISTANT U.S. ATTORNEY
880 FRONT STREET
SAN DIEGO, CALIFORNIA 92101

FOR THE DEFENDANT: FEDERAL DEFENDERS OF SAN DIEGO
ATTORNEYS AT LAW
BY: HEATHER R. ROGERS, ESQ
SAN DIEGO, CALIFORNIA 92101

COURT REPORTER: CAMERON P. KIRCHER
CSR, RPR, CRR, RMR
TELEPHONE: (619) 239-4588
FAX: (619) 239-4589

RECEIVED
MAR 22 2006
FEDERAL DEFENDERS

INDEX TO WITNESSES


| FOR THE GOVERNMENT | PAGE: |
|---|---|
| KARNES, JOSEPH | |
| DIRECT EXAMINATION BY MR. ARNOLD | 5 |
| CROSS-EXAMINATION BY MS. ROGERS | 8 |
| HART, KENNETH | |
| DIRECT EXAMINATION BY MR. ARNOLD | 22 |
| CROSS-EXAMINATION BY MS. ROGERS | 23 |
| HART, KENNETH (VOLUNTARINESS) | |
| DIRECT EXAMINATION BY MR. ARNOLD | 26 |
| CROSS-EXAMINATION BY MS. ROGERS | 34 |
| REDIRECT EXAMINATION BY MR. ARNOLD | 59 |
| RECROSS-EXAMINATION BY MS. ROGERS | 61 |
| SHAVER, JASON | |
| DIRECT EXAMINATION BY MR. ARNOLD | 64 |
| CROSS-EXAMINATION BY MS. ROGERS | 68 |

## INDEX TO EXHIBITS



| FOR THE GOVERNMENT | | IDENTIFIED | RECEIVED |
|---|---|---|---|
| 1 | MIRANDA RIGHTS FORM | 28 | |
| **FOR THE DEFENDANT** | | | |
| A | DOCUMENT OF ITEMS SEIZED | 14 | |
| B | 9-16-05 REPORT OF AGENT HART | 24 | |
| C | 9-20-05 REPORT OF AGENT HART | 34 | |
| D | 10-3-05 REPORT OF AGENT HART | 34 | |
| E | AGENT'S NOTES | 34 | |
| F | 9-21-05 REPORT OF AGENT HART | 36 | |

SAN DIEGO, CALIFORNIA - FEBRUARY 16, 2006 - 10:55 A.M.

THE CLERK: NUMBER SIX ON CALENDAR IS 05CR1661, THE UNITED STATES OF AMERICA VERSUS AURELIO LUNA-SANCHEZ, JR., FOR MOTIONS.

MS. ROGERS: GOOD MORNING, YOUR HONOR. HEATHER ROGERS, FEDERAL DEFENDERS, ON BEHALF OF AURELIO LUNA-SANCHEZ, WHO IS PRESENT ON BOND.

THE COURT: GOOD MORNING. GOOD MORNING, SIR.

MR. ARNOLD: GOOD MORNING AGAIN, YOUR HONOR. CARL ARNOLD ON BEHALF OF THE UNITED STATES.

THE COURT: GOOD MORNING.

WE'RE HERE WITH RESPECT TO AN EVIDENTIARY HEARING; IS THAT CORRECT?

MR. ARNOLD: THAT'S CORRECT, YOUR HONOR.

MS. ROGERS: THAT'S CORRECT, YOUR HONOR.

THE COURT: MR. ARNOLD, I'M PREPARED TO PROCEED. YOU MAY CALL YOUR WITNESS.

MR. ARNOLD: OKAY. WE HAVE TWO EVIDENTIARY HEARINGS, YOUR HONOR. THE FIRST ONE IN REGARDS TO THE DESTRUCTION OF EVIDENCE, AND THE SECOND ONE BEING THE VOLUNTARINESS HEARING; SO I'LL GO AHEAD AND BEGIN WITH THE DESTRUCTION OF EVIDENCE WITNESS.

THE COURT: THANK YOU.

MR. ARNOLD: I'LL CALL TO THE STAND JOSEPH KARNES.

THE COURT: ANY OTHER WITNESSES ON VOLUNTARINESS

THAT MIGHT BE IMPACTED BY THIS TESTIMONY WITH RESPECT TO THE BALANCE OF THE EVIDENTIARY HEARING?

MR. ARNOLD: IN REGARDS TO DESTRUCTION OF EVIDENCE?

THE COURT: YES.

MR. ARNOLD: ONLY ONE WITNESS, YOUR HONOR.

THE COURT: ALL RIGHT. OKAY.

THE CLERK: ALL RIGHT. WOULD YOU RAISE YOUR RIGHT HAND, PLEASE.

JOSEPH KARNES, A GOVERNMENT WITNESS, HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE CLERK: PLEASE BE SEATED.

MR. ARNOLD: THERE MIGHT BE THE NEED FOR TWO WITNESSES, YOUR HONOR, JUST TO TIE IN THE SEIZURE NUMBER.

THE COURT: CERTAINLY.

THE CLERK: OKAY. WOULD YOU STATE YOUR FULL NAME AND SPELL YOUR LAST NAME.

THE WITNESS: JOSEPH KARNES, K-A-R-N-E-S.

DIRECT EXAMINATION

BY MR. ARNOLD:

Q. GOOD MORNING, MR. KARNES.

A. GOOD MORNING, SIR.

Q. WHO DO YOU CURRENTLY WORK FOR, SIR?

A. U.S. CUSTOMS AND BORDER PROTECTION.

Q. AND HOW LONG HAVE YOU WORKED FOR THEM?

A. TEN YEARS.

Q. WHAT IS YOUR POSITION WITH CUSTOMS AND BORDER PROTECTION?
A. PARALEGAL SPECIALIST.
Q. AND IS A PART OF YOUR DUTIES AS A PARALEGAL SPECIALIST AUTHORIZING THE DESTRUCTION OF NARCOTICS?
A. YES.
Q. OKAY. WAS THAT YOUR POSITION IN SEPTEMBER, OCTOBER AND NOVEMBER OF 2005?
A. YES, SIR.
Q. LET ME ASK YOU, ARE YOU FAMILIAR WITH SEIZURE NUMBER 2005250600368801?
A. YES.
Q. OKAY. IN REGARDS TO THAT SEIZURE NUMBER, IS THAT 31 PACKAGES OF MARIJUANA?
A. TO THE BEST OF MY KNOWLEDGE.
Q. OKAY. WHAT WAS THE DATE OF SEIZURE FOR THAT EVIDENCE?
A. SEPTEMBER 12TH, 2005.
Q. PURSUANT TO YOUR POLICIES, HOW LONG WERE THE NARCOTICS, THE MARIJUANA IN THIS CASE, SUPPOSED TO BE RETAINED?
A. SIXTY DAYS.
Q. SO WHAT DATE COULD THE DRUGS BE DESTROYED?
A. NOVEMBER THE 12TH.
Q. WHAT DID YOU DO ON OCTOBER 1ST -- CORRECTION -- OCTOBER 21ST, 2005?
A. I AUTHORIZED THE DESTRUCTION OF THE BULK PART OF THE

CONTRABAND.

THE COURT: WHAT DATE WAS THAT AGAIN, COUNSEL?

Q. BY MR. ARNOLD: THAT WAS OCTOBER 21ST, 2005; IS THAT CORRECT?

A. CORRECT.

Q. NOW, WHEN YOU AUTHORIZED THE DESTRUCTION OF THE NARCOTICS, WHAT DID YOU DO?

A. I DIRECTED ITS DESTRUCTION. IT WAS MY UNDERSTANDING THAT IT WOULD BE DESTROYED IN LATE NOVEMBER.

Q. AFTER THE NOVEMBER 12TH DATE?

A. YES.

Q. OKAY. WHAT HAPPENED ON OCTOBER 27TH, 2005?

A. THE BULK PART OF THE EVIDENCE WAS DESTROYED.

Q. DID YOU AUTHORIZE THAT DESTRUCTION?

A. YES. BUT IT WAS NOT MY UNDERSTANDING IT WOULD HAVE BEEN DONE EARLY.

Q. IT WAS YOUR UNDERSTANDING THAT IT WOULD HAVE BEEN DONE IN LATE NOVEMBER?

A. YES.

Q. AFTER NOVEMBER 12TH?

A. YES.

Q. DID YOU RECEIVE A COURT ORDER NOT TO DESTROY THE MARIJUANA IN THIS CASE?

A. NOT UNTIL NOVEMBER 7TH.

Q. AND AFTER THAT, IS THAT THE FIRST TIME YOU REALIZED THAT