UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. **AURELIO LUNA-SANCHEZ,** Defendant. | Criminal No. 08-CR-0141- JM **PROOF OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, SYLVIA BAIZ, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of the **NOTICE OF MOTIONS AND MOTIONS-IN-LIMINE; STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS** on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

**Hon. Jeffrey T. Miller** efile_Miller@casd.uscourts.gov.

Assistant United States Attorney joseph.orabona@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2008.

/s/ Sylvia Baiz
SYLVIA BAIZ