**SYLVIA BAIZ**
California State Bar No. 124367
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1410
Facsimile: (619) 544-1473

Attorney for Defendant **LUNA-SANCHEZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HON. JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 08-CR-0141 JM |
| Plaintiff, | ) Date: May 9, 2008<br>) Time: 9:00 a.m. |
| v. | ) |
| **AURELIO LUNA-SANCHEZ,** | ) **MOTION TO FILE MOTIONS IN EXCESS OF 25 PAGES AND FOR AN ORDER SHORTENING TIME TO FILE MOTIONS-IN-LIMINE** |
| **Defendant.** | ) |

The defendant, Aurelio Luna-Sanchez, by and through his counsel, Sylvia Baiz, hereby moves this Court for an order shortening time to file motion-in-limine to ten (10) days and in excess of 25 pages, but not more than 28 pages.

This motion is made because of the complicated nature of one of the motions in present case. Counsel has filed several motions, including a motion to separate the trials of the two separate arrests for importation of marijuana which were two years apart. Moreover, counsel had not obtained all of the files in the 2005 case prior to the filing of the initial date for pre-trial motions (including the transcripts of the pre-trial motions hearing in the 2005 case prior to its dismissal). All these motions are all vital to Mr. Luna-Sanchez's defense. I served the government with a copy of defendant's motions last night. Attached is counsel's declaration in support of the instant motions.

Respectfully submitted,

Dated: April 30, 2008

/s/ Sylvia Baiz
**SYLVIA BAIZ**
Attorney at Law
Attorney for Defendant **Luna-Sanchez**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HON. JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**AURELIO LUNA-SANCHEZ,**<br>Defendant. | Criminal No. 08-CR-0141 JM<br><br>**ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** time to file defendant's motions-in-limine be shortened to ten (10) days and that the defendant be allowed to file motions in excess of 25 pages, but more than 28 pages.

DATED ___________________

___________________________
**HON. JEFFREY T. MILLER**
U.S. DISTRICT JUDGE