UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**AURELIO LUNA-SANCHEZ,**<br>Defendant. | ) Criminal No. 08-CR-0141 JM<br>)<br>)<br>)<br>)<br>) **DECLARATION**<br>)<br>)<br>)<br>) |

I, Sylvia Baiz, declare:

1. I was appointed to represent the defendant in the above-captioned case pending before the Court;

2. This declaration is made in support of Mr. Delgado's motions to shorten time to file his motions in limine to ten (10) days and for an order to file in excess of 25 pages, but not more than 28.

3. Mr. Luna-Sanchez' case is set to proceed to trial on May 12, 2008;

4. Mr. Luna-Sanchez' case is complicated because the government is prosecuting him for two offenses which occurred two years apart–charges of importing 29 kilograms of marijuana on September 12, 2005 and 3.94 kilograms of marijuana on December 4, 2007– in essence two cases in one;

5. The charges for the September 12, 2005 arrest in case no. 05-cr1661-JAH were previously dismissed without prejudice, but were re-charged in the instant indictment;

6. I was unable to obtain the transcripts of motion hearings in the previous case before judge Houston before filing the pre-trial motions in the instant case;

7. I believe that the transcripts reveal that the government erroneously destroyed the bulk evidence in the previous case which led to the dismissal before Judge Houston and that a motion to dismiss counts one and two based on the destruction of evidence are important to

Mr. Luna-Sanchez' defense and should be litigated in the instant case;

8. I was unable to file the instant motions in limine when they were due on Friday, April 26, 2008 because of an urgent medical situation with my 18 year-old daughter. We spent the weekend trying to secure medical treatment for her and to ensure that she would be seen by a doctor at her college when she returned on Monday, April 28. I also worked on the instant motions. On Monday, I was in court all day and was unable to complete and file the instant motions.

9. On Monday and Tuesday, April 29, 2008, I again dealt with my daughter medical situation as she needed to be referred to a specialist who could order a CT scan and another test.

10. On Tuesday, I also had to see my doctor for an abscessed molar and upon returning was able to finish the instant motions too late to take to the court;

11. I provided Assistant U. S. Attorney, Joseph Orabona with a copy of the completed motions in limine and informed him that I would be seeking a order shortening time;

12. For these reasons, I was unable to complete the instant motion until today and respectfully request that the court grant the instant motions to shorten time and two file in excess of 25 pages.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: April 29, 2008

/s/ Sylvia Baiz

Sylvia Baiz