UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HON. JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**AURELIO LUNA-SANCHEZ,**<br>Defendant. | Criminal No. 08-CR-0141 JM<br><br>**ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** time to file defendant's motions-in-limine be shortened to ten (10) days and that the defendant be allowed to file motions in excess of 25 pages, but more than 28 pages.

DATED: May 6, 2008

Hon. Jeffrey T. Miller
United States District Judge