FILED

08 MAY -7 PM 4:26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AURELIO LUNA-SANCHEZ JR.,<br>Defendant. | Criminal Case No. 08CR0141-JM<br>I N D I C T M E N T<br>**(Superseding)**<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana and Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about September 12, 2005, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ JR. did knowingly and intentionally import approximately 29.25 kilograms (approximately 64.35 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

JJO:nlv(1):San Diego
5/6/08

Count 2

On or about September 12, 2005, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ JR. did knowingly and intentionally possess, with intent to distribute, approximately 29.25 kilograms (approximately 64.35 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 3

On or about December 4, 2007, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ JR. did knowingly and intentionally import approximately 3.94 kilograms (approximately 8.67 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 4

On or about December 4, 2007, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ JR. did knowingly and intentionally possess, with intent to distribute, approximately 3.94 kilograms (approximately 8.67 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

//

//

//

//

//

//

Count 5

On or about August 26, 2007, within the Southern District of California, defendant AURELIO LUNA-SANCHEZ JR. did knowingly and intentionally import a mixture and substance containing a detectable amount, to wit: approximately 600 milligrams of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 7, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
JOSEPH J.M. ORABONA
Assistant U.S. Attorney