UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AURELIO LUNA-SANCHEZ, JR.,<br>Defendant. | Case No. 08CR0141-JM<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH J.M. ORABONA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **The United states' Proposed Jury Instructions** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. James Winston Gleave
   Law Office of James W. Gleave
   1901 First Avenue, Suite 310
   San Diego, California 92101
   Tel: (619)238-0677
   Fax: (619)238-4559
   Email: jim@jwglaw.com
   *Lead Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2008.

s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney